DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DILSON S. URRIBARI,** an individual, and **LA PLACITA GROCERY OF FORT PIERCE CORP.,** a Florida corporation,
Appellants,

v.

**52 SW 5TH CT WHSE, LLC,** a Florida Limited Liability Company, and **BASHAR M. YATAK,**
Appellees.

No. 4D18-1417

[July 25, 2018]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case Nos. 562017CA001209XXXHC and 562017CC002110AXXXHC.

W. Aaron Daniel, Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellants.

Elaine Johnson James of Elaine Johnson James, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed. See* Art. V, § 5(b), Fla. Const.

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***